# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| John William Wallace, | Case No. 2:24-cv-02108-DJA |
| Plaintiff, | |
| v. | **Order** |
| Close Legal Description, | |
| Defendant. | |

This matter is before the Court on Plaintiff's filing of initiating documents on November 12, 2024. Since that date, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis* (which means, to proceed without paying the filing fee). Although Plaintiff initiated this action by filing documents, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **February 10, 2025,** to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff a copy of this order and of the short form application[1] to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that on or before **February 10, 2025,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55

---

[1] This application form can be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.

1  administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on
2  this Court's approved form.
3        **IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application
4  to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before
5  **February 10, 2025,** the Court will recommend dismissal of this action.

7      DATED: January 10, 2025

                                            DANIEL J. ALBREGTS
                                            UNITED STATES MAGISTRATE JUDGE